UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Harley-Davidson Credit Corporation,** )<br>Plaintiffs, )<br>)<br>V. )<br>)<br>) <br>)<br>**CZH LLC, doing business as** )<br>**Black-Diamond's Bootheel-Davidson,** )<br>)<br>Defendants. ) | Case No. 4:12CV000686 FRB |

ORDER

    The above-styled case was filed in the Eastern Division of this court on April 13, 2012, and assigned to the Honorable Frederick R. Buckles.  Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

    IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:12cv00058 SNLJ.  The Honorable Stephen N. Limbaugh, Jr. will preside.

    Case No. 4:12cv00686 FRB is hereby administratively closed.  Judge Buckles's name will be replaced for future assignment.

    Dated this 16th day of April, 2012.

                                         James G. Woodward, Clerk of Court

                                         By: /s/ Karen Moore, Deputy Clerk

    Please refer to Case No. **1:12cv00058 SNLJ** in all future matters concerning this case.